Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERK'S OFFICE
2025 SEP 15 PM 12: 05
US DISTRICT COURT
DISTRICT OF MASS.

Case No. _____
(to be filled in by the Clerk's Office)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- Joseph McDonald
Sheriff Department
Plymouth House
Correction 02360

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)
Mr. Joseph McDonald
Sheriff

Jury Trial: (check one)  ☐ Yes  ☒ No

MGL Law Statue
265 13-A
Abuse of Inmate

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)   Sheriff Joseph McDonald
The Plymouth County House of Correction
Plymouth, Ma 02360

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Bishop Pastor Faye Jr. Hullum
Street Address  1079 Washington St (1)
City and County Dorchester, Ma 02124
State and Zip Code  02124
Telephone Number  617 696 1687
E-mail Address    None at this time

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Cruelty & Mental Terrible abuse of Inmate exc. / punishment 23 Hour Lockup Daily & he has a Heart Disease. The Inmate came into his cell & attack him very unfair

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Sheriff Joseph McDonald
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Lonis Matthew Francis
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Officer Drexel Spence
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

They Continue to abuse my Son the Inmate came into his cell & attack him

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship  [both marked with X]

*Handwritten:* Terrible Case of Abuse on a Inmate with Abuse Heart problem a Medical Problem Lupus Cardiovascular

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. If the Basis for Jurisdiction Is Diversity of Citizenship [marked with X]

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation [crossed out with XX]
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual  *yes*
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of (foreign nation) _____.

I enclosed a copy of his Medical Records. The Incident that took place 10 Million's in Damages Mental Stress Constant Abuse of Inmate

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation No a Human Being

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

Law Statue has to Stop

III. Statement of Claim  MGL. 265 Section 13-A Cruelty a Mentally abuse of Inmate

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On August 14, 2025 arone 9:30 An Inmate Name Louis came into Mr. Lance O'Neal Hulburn Cell to assault him Lance didn't go into his Cell. He attack Lance. It is like Breaking into some one House

IV. Relief  Which is so very wrong & they put in 2 3 they took up a know he is sick Heart Disease

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unfair Cruelty a Mental Abuse of any. Inmate. + Lance is always telling me on Visit with my Son how is the Correction officer Work there pick on him Name Calling for no Reason a Rapid a Nigger. Several Time I have Report Nothing Happen abuse of im.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/9/25

Signature of Plaintiff: *Bishop Pastor Faye Jey Mullin*

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address